I concur fully in Part III of the main opinion, which holds that the Club's appeal was timely. However, I must respectfully dissent from the conclusion that the judgment is due to be reversed based upon error on the part of the trial court in denying the Club's motion for a judgment as a matter of law.
I adopt Justice Woodall's special writing. I further point out that the Vaughns marshaled the evidence in support of their contention as to the sufficiency of the evidence of Crenshaw's violent propensities in their appellees' brief. The Club did not favor us with a reply brief. Under the circumstances, I cannot join an opinion reversing the trial court's judgment for failing to grant the Club's motion for a judgment as a matter of law based upon the insufficiency of the evidence indicating that the owners of the Club were aware of Crenshaw's violent propensities.